UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK O'NEAL HENDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>R. ST. ANDRE,<br><br>    Respondent. | No.  2:23-cv-0653 CKD P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 7, 2023, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion.  Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition or a statement of non-opposition to respondent's pending motion to dismiss within thirty days.  Failure to comply with this order will result in dismissal under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated:  October 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hend0653.146